1  MICHAEL B. IJAMS (Bar No. 084150)
   RICHARD J. SORDELLO JR. (Bar No. 155068)
2  **CURTIS & ARATA**
   A Professional Corporation
3  1300 K Street, Second Floor (95354)
   P.O. Box 3030
4  Modesto, CA 95353
   (209) 521-1800
5  (209) 572-3501 FAX

6  Attorneys for Defendants MERCER FRASER COMPANY
   CONTRI CONSTRUCTION, and UNITED STATES OF AMERICA
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                 SACRAMENTO DIVISION

11 | MARY KAY HILLS, individually and as   | No. CIV. S-03-2194 DFL GGH
   | the Successor In Interest to the Estate |
12 | of ROGER HILLS, decedent; RAEANN      | **STIPULATION REGARDING**
   | QUINCY; TERRIE HILLS; CANDY           | **DISCLOSURES UNDER RULE 26 OF**
13 | FULLER,                               | **THE FEDERAL RULES OF CIVIL**
   |                                       | **PROCEDURE AND ORDER THEREON**
14              Plaintiffs,

15 v.

16 JACK C. HURST; SHAUNA L. HURST;
   NICHOLS TRUCKING; MERCER
17 FRASER COMPANY; CONTRI
   CONSTRUCTION COMPANY; and
18 FORCE TRAFFIC CONTROL,

19              Defendants.
20 _____/

21 MARY KAY HILLS, individually and as the
   Successor in Interest to the Estate of
22 ROGER HILLS, decedent; RAEANN
   QUINCY; TERRIE HILLS; CANDY
23 FULLER,

24              Plaintiffs,

25 v.

26 UNITED STATES OF AMERICA,

27              Defendant.
28 _____/

**STIPULATION FOR RULE 26 DISCLOSURES**

The Parties to the above-entitled action, having unsuccessfully mediated this matter before mediator Donald Walter on April 12, 2005, hereby stipulate, subject to the Court's approval, that all disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure be served on all parties by mail no later than Monday, May 2, 2005, with the exception of expert reports, which shall be produced at the time of deposition of each expert.

LAW OFFICES OF CLAYEO C. ARNOLD

Dated: 4/21/05         By     /S/ Matthew P. Donahue
                              MATTHEW P. DONAHUE
                              Attorneys for Plaintiffs


CURTIS & ARATA,
A Professional Corporation

Dated: 4/27/05         By     /S/ Richard J. Sordello Jr.
                              RICHARD J. SORDELLO JR.
                              Attorneys for Defendants Mercer Fraser
                              Company, Contri Construction Company,
                              and United States of America


LAW OFFICES OF DONALD J. DeSHAW

Dated: 4/25/05         By     /S/ Thomas P. Spaulding
                              THOMAS P. SPAULDING
                              Attorneys for Defendant Mercer Fraser
                              Company


TRIMBLE, SHERINIAN & VARANINI

Dated: 4/22/05         By     /S/ Suzanne M. Trimble
                              SUZANNE M. TRIMBLE
                              Attorneys for Defendants Jack Hurst, Shauna
                              Hurst, and Nichols Trucking

**STIPULATION FOR RULE 26 DISCLOSURES**                     2

1  GORDON & REES

2

3  Dated:            By /S/ Mark S. Posard for
                        MICHAEL D. WELCH
4                    Attorneys for Defendant Force Traffic Control

**ORDER**

It is so ordered.

Dated: 4/29/2005

_____
DAVID F. LEVI
United States District Judge