IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY KAY HILLS, individually
and as the Successor In
Interest to the Estate of ROGER
HILLS, decedent; RAEANN QUINCY;
TERRIE HILLS; CANDY FULLER,

       Plaintiffs,

    v.

JACK C. HURST; SHAUNA L. HURST;
NICHOLS TRUCKING; MERCER FRASER
COMPANY; CONTRI CONSTRUCTION
COMPANY and FORCE TRAFFIC
CONTROL,

       Defendants.

CIV-S-03-2194 DFL-GGH

ORDER

The present case involves a wrongful death claim brought by the wife and children of decedent, Roger Hills.  Before the court is a motion for a determination of good faith settlement  under California Code of Civil Procedure § 877.6 brought by defendant Force Traffic Control, Inc. ("FTC").  The court has received no opposition to this motion from any of the other defendants.  Upon a review of the record, the court finds the settlement to be in

good faith.   Accordingly, FTC's motion for a determination of good faith settlement is GRANTED.


        IT IS SO ORDERED.

Dated: 6/29/2005


_____
DAVID F. LEVI
United States District Judge