MICHAEL D. WELCH (SBN: 111022)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys For: Defendant
FORCE TRAFFIC CONTROL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARY KAY HILLS, individually and as the Successor In Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY; TERRIE HILLS; CANDY FULLER,<br><br>Plaintiffs,<br><br>v.<br><br>JACK C. HURST; SHAUNA L. HURST; NICHOLS TRUCKING; MERCER FRASER COMPANY; CONTRI CONSTRUCTION COMPANY and FORCE TRAFFIC CONTROL,<br><br>Defendants. | CASE NO. CIV.S-03-2194 DFL GGH<br><br>STIPULATION AND ORDER OF DISMISSAL |
| MARY KAY HILLS, individually and as the Successor in Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY; TERRIE HILLS; CANDY FULLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | RELATED CASE<br><br>CASE NO. CIVS-04-0711 LKK GGH |

////

1  IT IS HEREBY STIPULATED by and between plaintiffs MARY KAY HILLS,
2  individually and as the Successor In Interest to the Estate of ROGER HILLS, decedent;
3  RAEANN QUINCY; TERRIE HILLS; CANDY FULLER, Matthew P. Donohue of Clayeo C.
4  Arnold, LLP, and defendant FORCE TRAFFIC CONTROL through its designated counsel,
5  Michael D. Welch of Gordon & Rees, that by and through their attorneys of record, hereby
6  stipulate to dismiss defendant FORCE TRAFFIC CONTROL from this case with prejudice.

8  Dated: October 26, 2005                                    CLAYEO C. ARNOLD, LLP

10                                                            By:/s/Matthew P. Donahue
                                                                 Matthew P. Donahue
11                                                            Attorneys for Plaintiffs, MARY KAY HILLS,
                                                              individually and as the Successor In Interest to
12                                                            the Estate of ROGER HILLS, decedent;
                                                              RAEANN QUINCY; TERRIE HILLS;
13                                                            CANDY FULLER

15  Dated: October 12, 2005                                   GORDON & REES, LLP

17                                                            By:/s/Michael D. Welch
                                                              Michael D. Welch
18                                                            Attorneys For Defendant
                                                              FORCE TRAFFIC CONTROL

21     IT IS SO ORDERED.
22  Dated: 11/8/2005

                                                              _____
                                                              DAVID F. LEVI
24                                                            United States District Judge

-2-
Stipulation and Order of Dismissal-Case No. CIV.S-03-2194