CLAYEO C. ARNOLD
A Professional Corporation
CLAYEO C. ARNOLD, State Bar No. 65070
MATTHEW P. DONAHUE, State Bar No. 155080
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825
(916) 924-3100

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY KAY HILLS, individually and as the Successor in Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY; TERRIE HILLS; CANDY FULLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>JACK C. HURST; SHAUNA L. HURST; NICHOLS TRUCKING; MERCER FRASER COMPANY; CONTRI CONSTRUCTION COMPANY; and FORCE TRAFFIC CONTROL,<br><br>    Defendants. | Case No.: CIV-S-03-2194 DFL GGH<br><br>STIPULATION AND ORDER OF DISMISSAL |
| MARY KAY HILLS, individually and as the Successor in Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY; TERRIE HILLS; CANDY FULLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No: CIV-S-04-711 DFL GGH |

1

1    IT IS HEREBY STIPULATED by and between plaintiffs MARY KAY HILLS, individually
2 and as Successor in Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY;
3 TERRIE HILLS; CANDY FULLER, Matthew P. Donahue of Clayeo C. Arnold, PLC, and
4 defendant NICHOLS TRUCKING though its designated counsel, Suzanne M. Trimble of
5 Trimble, Sherinian & Varanini, that by and through their attorneys of record, hereby
6 stipulate to dismiss defendant NICHOLS TRUCKING from this case with prejudice in
7 consideration of waiver of any and all costs and fees of any kind incurred by defendant
8 NICHOLS TRUCKING in defending this matter.

10   Dated: November 16, 2005                      CLAYEO C. ARNOLD
                                                   A Professional Law Corporation

12                                                 By:    /s/ - Matthew P. Donahue
                                                          MATTHEW P. DONAHUE
13                                                        Attorney for Plaintiffs

15   Dated: _____, 2005               TRIMBLE, SHERINIAN & VARANINI

17                                                 By:    /s/ - Suzanne M. Trimble
                                                          SUZANNE M. TRIMBLE
                                                          Attorney for Nichols Trucking

19       IT IS SO ORDERED.

                                                   _____
                                                   DAVID F. LEVI
                                                   United States District Judge