```
 1  MICHAEL B. IJAMS (Bar No. 084150)
    RICHARD J. SORDELLO JR. (Bar No. 155068)
 2  MICHELLE B. PEREZ (Bar No. 155068)
    CURTIS & ARATA
 3  A Professional Corporation
    1300 K Street, Second Floor (95354)
 4  P.O. Box 3030
    Modesto, CA 95353
 5  (209) 521-1800
    (209) 572-3501 FAX
 6
 7  Attorneys for Defendants MERCER FRASER COMPANY
    CONTRI CONSTRUCTION, and UNITED STATES OF AMERICA
 8
 9
10
11              IN THE UNITED STATES DISTRICT COURT
12            FOR THE EASTERN DISTRICT OF CALIFORNIA
13
14
15  MARY KAY HILLS, et al.,        )
                                   )
16              Plaintiffs,        )   No. CIV. S-03-2194-DFL-GGH
                                   )
17        v.                       )
                                   )   SUBSTITUTION OF ATTORNEY
18  JACK C. HURST, et al.,         )
                                   )
19              Defendants.        )
                                   )
20  _____)
21
22     Defendant United States of America hereby substitutes JOSEPH
23  E. MALONEY, Attorney at Law, as its attorney of record in this
24  action in place of Curtis & Arata, through Michael B. Ijams and
25  Richard J. Sordello, Jr.
26     The contact information for the new attorney for the United
27  States of America is:
28  ///
```

1  Joseph E. Maloney
   Attorney at Law
2  1155 High Street
   Auburn CA 95603
3  Telephone: (530) 885-7787
   Facsimile: (530) 885-7784
4  E-mail: joseph.maloney@jmaloneylaw.com

5    This substitution is made pursuant to Local Rule 83-182(g).

6

7  Dated:     March 20, 2006       CURTIS & ARATA,
                                   A Professional Corporation
8

9
                                   /s/Richard J. Sordello, Jr.
10                                 RICHARD J. SORDELLO, JR.

11

12    On behalf of defendant United States of America, the United

13 States Attorney consents to the above substitution, and requests

14 to remain on the service list in this action.

15

16 Dated:     March 17, 2006       McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY
17

18
                                   /s/David S. Shelledy
19                                 DAVID S. SHELLEDY
                                   ASSISTANT UNITED STATES ATTORNEY
20                                 Deputy Chief, Civil Division

21    The undersigned accepts the above substitution.

22

23 Dated:     March 17, 2006

24                                  /s/ Joseph E. Maloney
                                    JOSEPH E. MALONEY
25                                  Attorney for United States

26

27

28

2

1 ORDER

2    IT IS SO ORDERED.

3 Dated: 3/23/2006

_____
DAVID F. LEVI
United States District Judge