```
 1
 2
 3
 4
 5
 6
 7                   IN THE UNITED STATES DISTRICT COURT
 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10   MARY KAY HILLS, individually
     and as the Successor in interest
11   to the Estate of ROGER HILLS,
     decedent; RAEANN QUINCY; TERRIE
12   HILLS; CANDY FULLER,
13        Plaintiffs,                    Civ.S-03-2194 DFL GGH
14        v.                             ORDER RE DISPOSITION AFTER
                                         NOTIFICATION OF SETTLEMENT
15   JACK W. HURST; SHAUNA L. HURST;
     NICHOLS TRUCKING; MERCER FRASER
16   COMPANY; CONTRI CONSTRUCTION
     COMPANY; and FORCE TRAFFIC
17   CONTROL,
18        Defendants.
                                     /
19
     MARY KAY HILLS, individually
20   and as the Successor in Interest
     to the Estate of ROGER HILLS,
21   decedent; RAEANN QUINCY; TERRIE
     HILLS; CANDY FULLER,
22
          Plaintiffs,
23
          v.
24
     UNITED STATES OF AMERICA,
25
          Defendants.
26                                   /

                                     1
```

1     The court has been advised by plaintiffs' attorney
2 Clayeo C. Arnold, Esq., that this action has been settled.
3 Therefore, it is not necessary that the action remain upon the
4 court's active calendar.
5     Accordingly, IT IS ORDERED:
6     1.  That counsel file settlement/dismissal documents, in
7 accordance with the provisions of Local Rule 16-160, no later
8 than May 10, 2006, and,
9     2.  That all hearing dates previously set in this matter
10 are vacated.
11     IT IS SO ORDERED.
12 Dated: April 21, 2006

/s/ David F. Levi
DAVID F. LEVI
United States District Judge