```
1  CLAYEO C. ARNOLD
   A Professional Corporation
2  CLAYEO C. ARNOLD, State Bar No. 65070
   MATTHEW P. DONAHUE, State Bar No. 155080
3  608 UNIVERSITY AVENUE
   SACRAMENTO, CA 95825
4  (916) 924-3100
5
   Attorney for Plaintiffs
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
                          SACRAMENTO DIVISION
10
```

| | |
|---|---|
| MARY KAY HILLS, individually and as the Successor in Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY; TERRIE HILLS; CANDY FULLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>JACK C. HURST; SHAUNA L. HURST; NICHOLS TRUCKING; MERCER FRASER COMPANY; CONTRI CONSTRUCTION COMPANY; and FORCE TRAFFIC CONTROL,<br><br>    Defendants. | Case No.: CIV-S-03-2194 DFL GGH<br><br>STIPULATION BY ALL PARTIES FOR DISMISSAL OF THE ENTIRE ACTION AND ORDER THEREON |
| MARY KAY HILLS, individually and as the Successor in Interest to the Estate of ROGER HILLS, decedent; RAEANN QUINCY; TERRIE HILLS; CANDY FULLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No: CIV-S-04-711 DFL GGH |

1

1  **PLEASE TAKE NOTICE** that the parties to this action do hereby agree and
2  stipulate to the dismissal of the above-entitled action in its entirety.
3      The Settlement Agreement and Mutual Release of Claims has been circulated and
4  properly executed by all parties.  All Settlement funds have been received and
5  disbursed as required by the Court.
6      All parties have authorized by telephone confirmation that their respective
7  signatures are hereby committed to this document.

9  Dates: May 10, 006                  _____/S/_____
10                                     Matthew P. Donahue
11                                     **Clayeo C. Arnold, PLC**
                                       Attorney for Plaintiffs

12 Dated: May 10, 2006                 _____/S/_____
13
14                                     Michael Ijams
                                       **CURTIS & ARATA**
                                       Attorney for Defendants
15                                     **Mercer Fraser Company and
                                       Consti Construction**

16
17 Dated: May 10, 2006                 _____/S/_____

18                                     Thomas Spaulding
                                       **LAW OFFICES OF DONALD DeSHAW**
                                       Attorney for Defendant
19                                     **Mercer Fraser Company**

20 Dated: May 10, 2006                 _____/S/_____
21                                     Suzanne M. Trimble
                                       **TRIMBLE, SHERINIAN & VARANINI**
22                                     Attorney for Defendants
                                       **Jack Hurst and Shauna Hurst**;
23                                     **Nichols Trucking**

24 Dated: May10, 2006                  _____/S/_____
25                                     James B. Knezovich, Esq.
                                       **LAUGHLIN, FALBO et al.**
26                                     Attorney for Defendant
                                       **American Casualty Company**

Dated: May 10, 2006

_____/S/_____
Joseph E. Maloney
Attorney for Defendant
**United States of America**

## ORDER

**IT IS SO ORDERED** that all parties having agreed and stipulated to the dismissal of the above-referenced matter in its entirety, all settlement documents being properly and fully executed, and all settlement funds being disbursed, that this matter is hereby dismissed from the Court.

Dated: 5/12/2006

_____
DAVID F. LEVI
United States District Judge